1/30/2025 3:38 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-007315
Rosa Oneal

CAUSE NO. D-1-GN-22-007315

| | | |
|---|---|---|
| **SHANRESSA CRADDOCK,** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **OF TRAVIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **TEXAS HEALTH AND HUMAN SERVICES** | § | |
| **COMMISSION,** | § | |
| **DEFENDANT.** | § | **250ᵀᴴ JUDICIAL DISTRICT** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 2:52:54 PM
CHRISTOPHER A. PRINE
Clerk

---

## DEFENDANT'S NOTICE OF APPEAL

---

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendant Texas Health and Human Services Commission ("HHSC") files this Notice of Appeal from the trial court's Final Order on Administrative Appeal, signed on December 31, 2024. SFA desires to appeal said Order pursuant to Texas Civil and Practices and Remedies Code Section 51.012, which allows for appeal from a final judgment of a district court. This appeal is taken to the 15th Court of Appeals. This appeal involves a matter brought against HHSC, which is an agency in the executive branch of state government.

Respectfully submitted.


**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Mason Currah*
**MASON CURRAH**
Texas Bar No. 24133305
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4072
Fax: (512) 320-0667
Mason.Currah@oag.texas.gov
COUNSEL FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 30, 2025, this document was filed electronically via the Court's e-filing system, causing electronic service upon all counsel of record.

/s/ Mason Currah
**MASON CURRAH**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Mason Currah
Bar No. 24133305
tristan.garza@oag.texas.gov
Envelope ID: 96808596
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS NOTICE OF APPEAL
Status as of 1/31/2025 9:21 AM CST

Associated Case Party: SHANRESSA CRADDOCK

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Beyleryan | 24087164 | dbeyleryan@lonestarlegal.org | 1/30/2025 3:38:27 PM | SENT |
| Elizabeth Ewing | 24092396 | eewing@lonestarlegal.org | 1/30/2025 3:38:27 PM | SENT |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mason Currah | | mason.currah@oag.texas.gov | 1/30/2025 3:38:27 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 1/30/2025 3:38:27 PM | SENT |